UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Shirley West,

        Plaintiffs,                  Civil No. 06-2904 (RHK/AJB)

vs.                                  **DISQUALIFICATION AND**
                                   **ORDER FOR REASSIGNMENT**

Wyeth, d/b/a Wyeth, Inc., et al.,

        Defendants.

     The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

     **IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated December 9, 2005, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment. The Clerk of Court shall not replace a card in the Master Deck for the undersigned.

     **IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: July 6, 2006

                                                 s/Richard H. Kyle
                                                 RICHARD H. KYLE
                                                 United States District Judge